Judge Eric R. Komitee
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: 23-CV-5656, 22-CV-5841

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 25 2023 ★
BROOKLYN OFFICE

Dear Judge Komitee:

I withdraw the reconsideration motion filed in 5841 as it is moot considering the re-filed complaint in 23-5656. I tried to file a letter withdrawing this motion several times previously, but its "closed" status raised issues in the clerk's office; hopefully this motion by letter will suffice.

I note for the record that the ~~reconsideration motion~~ merits of the reconsideration motion are valid since the court cannot dismiss a complaint pending an amended complaint or because the 41(g) motion was previously raised in the wrong district and dismissed without consideration of the merits to be re-filed in this district.

The only remaining issue is the status of the Rule 41(g) motion on the docket of 22-CV-5841 — I cannot obtain a copy. The CIPA transcripts filed were declassified and produced to me by the government — so there should be no sealing issue there — but if so, the issue should be properly litigated in the newly filed complaint, 23-5656.

Finally, 23-CV-5656 is ready for discovery. The government should begin producing all records regarding the laptop and its illegal searches forthwith, and the court should order the government to comply in a timely manner.

Respectfully Submitted
9/14/23  Josh Schulte

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11201

ATTN: 23-CV-5656, 22-CV-5844
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

NEW YORK NY 100
22 SEP 2023 PM 10 L

11201-183255

